

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. F. Weber, President
Texas Board of Dental Examiners
Austin, Texas

Dear Dr. Weber:　　　　　　Opinion No. o-4876

　　　　　　　　　　　　　　Re: Can the Board of Dental Examiners
　　　　　　　　　　　　　　employ a person not a member of
　　　　　　　　　　　　　　the Board to keep the record and
　　　　　　　　　　　　　　look after the business interests
　　　　　　　　　　　　　　of the Board?

　　　　Your letter of June 24, 1942, has been given our
careful consideration.

　　　　You state that the Texas State Board of Dental Ex-
aminers has its office located in Austin, and that it has
employed Carl C. Hardin, Jr., of Austin, to manage the of-
fice and handle all investigative matters for the Board, and
that he has possession of the books and supplies belonging
to said Board, and that he has furnished the bond required
by law. You asked us in your letter whether the Board has
the authority to employ Mr. Hardin to perform said services.

　　　　Section 3, of Article 4550a of the Revised Statutes,
as passed in 1935, reads in part as follows:

　　　　　　"To aid the Board in performing the duties
　　　　prescribed in this Section the Board is hereby
　　　　authorized to employ a secretary, who shall re-
　　　　ceive a salary to be fixed by the Board, and who
　　　　shall make and file a surety bond in a sum not
　　　　less than Five Thousand ($5000.00) Dollars, con-
　　　　ditioned for the faithful performance of all the
　　　　duties of his office and the safe keeping and
　　　　proper disbursement of said 'Dental Registration
　　　　Fund' and all other funds coming into his hands;
　　　　* * * said Board shall employ and provide such
　　　　clerks and employees as may be needed to assist
　　　　the secretary in performing his duties and carry-

ing out the purposes of this Act, provided, that their compensation shall be paid only out of the said "Dental Registration Fund".

In 1941 the Legislature in the General Appropriation Bill appropriated for the "State Board of Dental Examiners" certain sums of money to be spent for a part-time secretary and for seasonable help, stenographic and investigation.

The quoted portion of the statute clearly authorizes the Board to employ Mr. Hardin to perform the services which you state he is performing.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

APPROVED JUL 1, 1942

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN